UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


BARBARA D. BURRVEZO,

    Plaintiff,

v.                                                  CASE NO. 8:16-cv-3393-T-23MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

An October 26, 2017 report (Doc. 19) recommends reversing the Commissioner's decision and remanding this action to the Commissioner. More than fourteen days has passed, and no party objects. Sentence four of 42 U.S.C. § 405(g) states, "The court shall have power to enter . . . a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The report and recommendation (Doc. 19) is **ADOPTED**, the Commissioner's decision is **REVERSED**, and this action is **REMANDED** to the Commissioner. The clerk is

directed (1) to enter a judgment for Barbara D. Burrvezo and against the Commissioner and (2) to close the case.

ORDERED in Tampa, Florida, on November 20, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE